FILED
U.S. District Court
District of Kansas

MAY 1 5 2026

Clerk, U.S. District Court
By SMH Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Kimberly Hancock
6500 E 21st N. # 18
Wichita Kansas 67206
(Enter above the full name of the Plaintiff(s))

vs.

Central Intelligence Agency
Name
Office of General Council
Street and number
Washington D.C. 20505
City State ZipCode

Case Number 6:26-cv-1131-JWB-GEB

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A. Name of plaintiff Kimberly Danielle Hancock

Address 6500 E 21st N # 18
Wichita KS 67206

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant Central Intelligence Agency is employed at United States of America

______________________________

C. Additional Defendants Department of Defense
1600 Defense Pentagon
Washington D.C. 20301-1600

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of ________________.

2. The first-named defendant above is either

   a. a citizen of the State of ________________; or

   b. a corporation incorporated under the laws of the State of ________________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of ________________; or

   b. a corporation incorporated under the laws of the State of ______________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☐ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3. Other grounds (specify and state any statute which gives rise to such grounds):

Clearence to disclose contracts or contractual status. See Attached

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

See Attached CLAIM

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒ No ☐

VI. Do you claim actual damages for the acts alleged in your complaint?
Yes ☒ No ☐

VII. Do you claim punitive monetary damages? Yes ☒ No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

5 Billion Dollars. It is for the technology that was taken & developed from the brain Schematic the Department of Defense & Crest Security & the CIA took from me along with my freedom, my entire life Since 10-04-1973 (my Birthday) "Smart technology"

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐ No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

______________________________

______________________________

______________________________

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

I believe that part or my Contract was to become "aware". I do belive legal action has occured that I am unaware of, "behind my back"

IX. Related Litigation:

Please mark the statement that pertains to this case:

☒ This cause, or a substantially equivalent complaint, was previously filed in this court as case number 25104-JWB and assigned to the Honorable Judge John Broomes.

☐ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Kimberly Hancock
Signature of Plaintiff

Kimberly Hancock
Name (Print or Type)

6500 E 21st n. #18
Address
Wichita Ks 67206

Wichita KS 67206
City State Zip Code

316 928-3238
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates { ☒ Wichita, ☐ Kansas City, or ☐ Topeka}, Kansas as the location for the trial in this matter.
(Select One)

Kimberly Hancock
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury { ☐ Yes or ☒ No }
(Select One)

Kimberly Hancock
Signature of Plaintiff

Dated: __________
(Rev. 10/15)

CIVIL COMPLAINT

B III CREST SECURITY: OTHER GROUNDS

My main complaint is that I am being transferred like a currency or form of energy VIA the CIA and the military always doing the binary code and I always loose and I dont get anywhere. It is human trafficking.( HERE IS HOW I GOT HERE)The founding fathers of The Central Intelligence Agency (crest security - my family) did link me into the United States infrastructure of banking, insurance, classified military assets, private defense sector and did secure intelligence contracts that were / are unknown to me at this time. Currently I am an American hostage that was born into and currently lives in a CIA black site. I myself am compartmentalized into part classified by the military, top secret to an unknown private coorporation and with the fullest legal protection of information from a united states court on the outside and under the ruse of a CIA operation or (Patriot Act). I am asking that this operation be made known to me and the appropriate clearances "to see" be given to me through this court today. I am also asking to be granted the clearance to receive health care services such as diagnostic services immediately due to an illness the defendants intentionally caused to my health. I want everything they did to me to be released to me with the known cure included, and I want unlimited resources to seek those cures. I want my true financial institution with my actual unsealed trustee made available to me today and any future plans the defendants have for/ with me made available. I believe I have or had contractual obligation inside / outside the United States of America that the CIA knows about, and I want those disclosed to me today. I believe crest security also made me a global diplomat for the United States or something like that. In normal words, I want to know everything with absolute discretion over what comes out to the general public. I want this binary system (dim pc) shut down immediately and a no contact order issued between myself and the general public operating it. I want a normal life and rights to be restored to me. If any part of that is due to a contract between myself Kimberly Hancock and any other party being up in whole or in part, then it is my wish to be reinstated to The United States of America and be given a new identity with a clean criminal record and credit report. In normal words I want the identity of the wealthy defense heiress that was / is my true identity. I want everything about my family disclosed to me in without the run around of the exterior cover. It was shown to me that this is wrapped like a frozen entree with the paper carton being the court seal, the clear top being the corporate cover /contract and the black bottom being the relationship or the military part of this or my DNA or the classified component. I hope you can use intelligence to interpret this. I want to see it all and walk

with a new identity that is not ruined by the CIA and crest security. I want a legal United Stated passport and social security number that is valid, with standard United States rights. I do not wish to have the CIA version of any system. I want my options explained to me before anything desirable is taken off the table from me. I am not psychic and I do not wish to continue to live a CIA life.

THE CLAIM III : CONTRACTUAL OBLIGATIONS

I claim that my entire life was a purpose-built defense operation originating from classified persons out of area fifty-four. I claim that I have several contracts with the private defense sector and that presently I live inside of a CIA black site with the military watching me and splitting me into the above-mentioned format . I ask that the CIA disclose the contracts to me and also my relationship whit the defendants to me in a manner that respects my privacy to the public. In normal words tell me what is going on and how much money did i get from the technology that was developed from the contractual and non-contractual relationships between myself and the CIA and the military. In very general terms I believe the main technology to be a brain schematic for smart technology. I want an immediate end to the system that is using me as a transferrable form of energy / currency, and I don't want one single more interaction with your public! I want my freedom and rights to be restored to me. I want this civil cover removed, and I want to see the contracts and my finances. I want clearance to all of that including medical care. I do not wish to live any CIA life.

IV RELIEF

I do not want this CIA life. I want the clearance to see the legal cover over my trust / life and corporate /military clearance to see the contracts I have with the persons behind the civil cover of this thing (the contracts crest security got me) or whatever else is going on and my finances and to get medical treatment that includes diagnostic and cure services. In normal words, I want to know what is going on and why and how and how much it paid. I want the binary system shut down. I want no further contact with the one zero contractors

of the public or dim pc(or whatever they are called) I want my freedom ! I want out of all of it NOW ! If this is because my dad Ralph Hancock fell out of Sparks and Temperance Kimmins tree then fix that. I am not a mind reader but the CIA has to get out of my life.Another way to say is make known this thing between me the cia the military and the private sector

V : YES, and I am seeking an emergency no contact order between the defendants until this is all explained to me and a permanent no contact order with this CIA binary system being operated by the general public or whoever they think they are but they definatly are not me. I want council made available to me (a competent legal administrative professional is fine temporarily) until orders are final, but I want immediate access to the cures and all other resources.

VII Damages

They stole my entire life and made billions of the brain schematic or smart technology they developed from me. In the interest of time, sanity and privacy I ask that what they did to me be disclosed including any contracts by order of this court as I am sure there have been lawsuits settled behind my back my entire life. In normal words I wish to get on with what is left of my life with the money. I assume that I was paid very well, and I wish to see the contracts and my trust assets. In normal words, I want everything unsealed and access to the money and my financial/pr/ managers. I want unlimited resources to fix what they did to me. I want these people attacking me the binary people (dim PCS) to be barred from contact with me. I want to get on with my life without further hinderance from any court. If any part of this is due to a contract being up then i ask the same with the addition of a valid new identity .name social security number with passport, credit and criminal record cleaned to perfect. I asked for five billion dollars for the technology that was developed from the brain schematic that was taken from me and developed by the defendants. I demand that they stop charging my DNA bank like it is actual united states currency. (my personal private quarters) they all need a no contact order temporarily with me. Please get these people away from my life. I want everything unsealed or clearances given.

IV I am trying not to make legal arguments, but the right to my story is something I would like. SEE ABOVE and I think this time there is enough here to grant my wish/request. I would also like a non-CIA format to converse in.

THANK YOU.

Kimberly, Danielle Hancock.